HONORABLE RICHARD A. JONES

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

SEP 01 2010

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRIAN PURKHISER,

               Plaintiff,

    v.

GLOBAL CREDIT & COLLECTION
CORPORATION,

               Defendant.

NO. C10-963RAJ

ORDER OF DISMISSAL

THE COURT having been notified of the settlement of this matter and it appearing that no issue remains for the Court's determination,

IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and with each party bearing its own costs and attorneys' fees.

In the event settlement is not perfected, any party may move to reopen the case, provided such motion is filed within **60** days of the date of this order. Any trial date and pretrial dates previously set are hereby VACATED.

DATED this **25**th day of August, 2010.

HON. RICHARD A. JONES
United States District Judge

ORDER OF DISMISSAL – 1

**10-CR-00963-PET**